UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:04-CR-00134(01)RM |
| ) | |
| PEDRO RAMERO RAMOS, ) | |

OPINION and ORDER

On November 6, 2007, Mr. Ramero-Ramos filed an application for a certificate of appealability of the court's judgment dated May 19, 2005. Issuance of a certificate of appealability requires the court to find that Mr. Ramero-Ramos has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). He has not. In his plea agreement, Mr. Ramero-Ramos waived his right to file an appeal and a petition under § 2255, and he has presented no facts or evidence to establish that his waiver was not knowing and voluntary or that he received ineffective assistance of counsel with respect to that waiver. Mason v. United States, 211 F.3d 1065, 1069 (7th Cir. 2000); Jones v. United States, 167 F.3d 1142, 1145 (7th Cir. 1999). Mr. Ramero-Ramos's motion for a certificate of appealability [Doc. No. 32] is DENIED.

SO ORDERED.

ENTERED:   November 9, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court